175 So. 919
### Fred CAUDLE v. Robt. A. LEATH, Sheriff.
#### 7 Div. 440.

Supreme Court of Alabama.
June 3, 1937.

Rehearing Denied June 28, 1937.

Clifford Reeves, of Birmingham, for appellant.

Motley & Motley, of Gadsden, for appellee.

PER CURIAM.

Affirmed on authority of Caudle v. Cotton, ante, p. 126, 173 So. 847, and Kennedy v. Shamblin, ante, p. 230, 174 So. 773.

ANDERSON, C. J., and GARDNER, BOULDIN and FOSTER, JJ., concur.

174 So. 895
### T. Elmous DRINKARD v. NORTH ALABAMA BUILDING & LOAN ASSOCIATION.
#### 8 Div. 747.

Supreme Court of Alabama.
May 20, 1937.

J. N. Powell, of Hartselle, for appellant.
S. A. Lynne, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

173 So. 911
### Ex parte Maud DUNN.
#### 4 Div. 930.

Supreme Court of Alabama.
Jan. 21, 1937.

Lange, Simpson & Brantley, of Birmingham, and Winn & Winn, of Clayton, for petitioner.

PER CURIAM.

Rule nisi denied. 23 C.J. 685.

175 So. 920
### J. J. DYE v. UNION CENTRAL LIFE INS. CO.
#### 4. Div. 964.

Supreme Court of Alabama.
June 21, 1937.

F. M. Gaines, of Dothan, for appellant.
T. E. Buntin, of Dothan, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

173 So. 912
### Grady GOGGANS v. STATE.
#### 7 Div. 446.

Supreme Court of Alabama.
April 15, 1937.

A. A. Carmichael, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

J. A. Johnson, of Fort Payne, opposed.

GARDNER, Justice.

Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Goggans v. State, 27 Ala.App. 639, 173 So. 918.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

173 So. 912
### GUNTERSVILLE REALTY CO. v. CITY OF GUNTERSVILLE.
#### 8 Div. 701.

Supreme Court of Alabama.
Jan. 21, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.